**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| ROBERT L. PARENT, | ) |
|        Plaintiff, | ) |
| | ) |
|   v. | ) |
| | ) **Case No.: 4:12-cv-1678** |
| PROCOLLECT, INC., | ) |
|        Defendant. | ) |
| | ) |
| | ) |
| | ) |

<u>STIPULATION TO DISMISS</u>

TO THE CLERK:

      Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the

dismissal with prejudice and without cost to either party.


<u>*/s/ John W. Bowdich*</u>                         <u>*/s/ Amy L. Bennecoff*</u>

| | |
|---|---|
| John W. Bowdich, Esquire | Amy L. Bennecoff, Esquire |
| Craddock, Davis & Krause, LLP | Kimmel & Silverman, P.C. |
| 3100 Monticello Ave., Suite 550 | 30 East Butler Pike |
| Dallas, TX 75205 | Ambler, PA 19002 |
| Phone: (214) 750-3550 | Phone: (215) 540-8888 |
| Fax: (214) 750-3551 | Fax: (877) 788-2864 |
| Email: jbowdich@cdklawfirm.com | Email:abennecoff@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |

Date: <u>July 30, 2013</u>

                              Date: <u>July 30, 2013</u>


                     BY THE COURT:


                        _____
                                   J.

**Certificate of Service**

I hereby certify that on this 30th day of July, 2013, a true and correct copy of the foregoing pleading was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> John W. Bowdich, Esquire
> Craddock, Davis & Krause, LLP
> Email: jbowdich@cdklawfirm.com

> */s/ Amy L. Bennecoff*
> Amy L. Bennecoff, Esquire
> Kimmel & Silverman, P.C.
> 30 East Butler Pike
> Ambler, PA 19002
> Phone: (215) 540-8888
> Fax: (877) 788-2864
> Email:abennecoff@creditlaw.com
> Attorney for the Plaintiff